# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ09-514 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| AARON JERMAINE SLOAN, | |
| Defendant. | |

<u>Offense charged</u>:    Attempted Bank Robbery

<u>Date of Detention Hearing</u>:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Complaint with attempting to rob a branch of Key Bank.

(2)    Defendant has a lengthy criminal history which includes failures to appear. He

DETENTION ORDER 15.13
18 U.S.C. § 3142(i) Rev. 1/91
PAGE 1

was on federal and state supervision at the time of the alleged instant offense. Defendant does not contest detention. He was not interviewed by Pretrial Services, so some of his background information is not available or not verified.

    (3)    Defendant poses a risk of nonappearance due to prior failures to appear, mental health issues, association with multiple personal identifiers, and lack of verification of background information. He poses a risk of danger due to the nature and circumstances of the instant offence, mental health issues, and criminal history.

    (4)    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

    (1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    (2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel;

    (3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    (4)    The clerk shall direct copies of this Order to counsel for the United States, to

01 counsel for the defendant, to the United States Marshal, and to the United States

02 Pretrial Services Officer.

03 DATED this 14th day of October, 2009.

	/s/ Mary Alice Theiler
	Mary Alice Theiler
	United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91